■ In the Matter of the Trust under the Agreement of HELEN W. RIVAS, as Donor, THE UNIVERSITY OF ROCHESTER, as Donee, Appellant. BANK OF AMERICA, N.A., as Successor to SECURITY TRUST COMPANY OF ROCHESTER, Trustee, Respondent. [939 NYS2d 918]—Appeal from a decree (denominated order) of the Surrogate's Court, Monroe County (Edmund A. Calvaruso, S.), entered January 5, 2011. The decree disallowed the proposed investment of the trust assets in respondent's long term investment pool.

It is hereby ordered that the decree so appealed from is unanimously affirmed without costs for reasons stated in the decision by the Surrogate. Present—Centra, J.P., Fahey, Sconiers and Martoche, JJ.